**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | | |
|---|---|---|
| PANDORA JEWELRY, LLC, | * | |
| *Plaintiff*, | * | |
| v. | * | **Civil Action No. 1:06 CV 03041-CCB** |
| CHAMILIA, LLC, et al. | * | |
| *Defendants*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

*JOINT STIPULATION*

The Parties, Pandora Jewelry, LLC, Chamilia, LLC and Jeff Julkowski, by their undersigned counsel, jointly stipulate to the following:

1. Plaintiff's Motion for Attorneys' Fees and Costs (Docket No. 44) is hereby withdrawn; and

2. Plaintiff's claim shall be dismissed with prejudice.

Respectfully submitted,

/s/
William R. Hansen
Lathrop & Gage L.C.
230 Park Avenue, Suite 1847
New York, New York 10169
1-(212)-850-6220

and

Sharon Snyder
Ober, Kaler, Grimes & Shriver
120 East Baltimore Street
Baltimore, Maryland 21202
(410) 685-1120

*Attorneys for Pandora Jewelry, LLC*

        /s/
Steven E. Tiller, Bar No.: 11085
Whiteford, Taylor & Preston, LLP
Seven Saint Paul Street
Baltimore, Maryland 21202-1636
(410) 347-8700

and

James G. Goggin
Verrill Dana, LLP
One Portland Square
Portland, ME 04112
1-(207) 774-4000

*Attorneys for Chamilia, LLC and Jeff Julkowski*

*1841172*